```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TERESA MARIE GONZALEZ,<br><br>       Plaintiff,<br><br>       vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>       Defendant. | CIVIL NO.  3:24-cv-02482-LJC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will:

- Reevaluate the claimant's subjective complaints and residual functional capacity;
- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

Stip. to Remand, [3:24-cv-02482-LJC]                    1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: August 19, 2024                By: /s/ *Francesco P. Benavides*
                                      FRANCESCO P. BENAVIDES
                                      (as authorized by email)
                                      Attorneys for Plaintiff

Dated: August 19, 2024                ISMAIL J. RAMSEY
                                      United States Attorney

                                By:   /s/ *Erin Highland*
                                      ERIN HIGHLAND
                                      Special Assistant U.S. Attorney
                                      Office of Program Litigation, Office 7
                                      Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: August 21, 2024                 _____
                                      THE HONORABLE LISA J. CISNEROS
                                      United States Magistrate Judge

Stip. to Remand, [3:24-cv-02482-LJC]              2