UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MARIE GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY, et al.,<br><br>Defendants. | Case No.  3:24-cv-02482-LJC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 13 |

( ) Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(X) Decision by Court.  This action came to trial, hearing, or submission on the papers to the Court.  The issues have been presented and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff

**IT IS SO ORDERED.**

Dated: August 21, 2024

Mark Busby, Clerk

By: _____

Brittany Sims
Deputy Clerk