Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  8th Floor
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
TERESA MARIE GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERESA MARIE GONZALEZ,<br><br>        Plaintiff,<br><br>        v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>        Defendant. | Case No. 3:24-cv-02482-LJC<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

    **IT IS ORDERED** that Plaintiff's counsel's Motion for Attorney Fees under 42 U.S.C. § 406(b) is **granted**.  Plaintiff's counsel, Francesco Benavides, is authorized to receive payment of $28,500.00 in attorney fees under 42 U.S.C. § 406(b).  Upon receiving such award, Plaintiff's counsel will refund to Plaintiff $7,299.00, the amount of the attorney fees he previously received under the Equal Access to Justice Act.

DATE: July 13, 2026           _____
                    HON. LISA J. CISNEROS
                    UNITED STATES MAGISTRATE JUDGE